**Fill in this information to identify the case:**

Debtor name  WC South Congress Square, LLC

United States Bankruptcy Court for the:  Western  District of  TX
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 AT&T 208 S. Akard Street Suite 2954 Dallas, Texas 75202 | | | | | | Unknown |
| 2 Austin Texas Pool Service,LLC P.O. Box 1297 Manchaca, TX 78652 | | | | | | Unkown |
| 3 Kingsiii 751 Canyon Dr., Suite 100, Coppell, TX 75019 | | | | | | Unknown |
| 4 NXNW 3801 Prairie Ln Austin, TX 78728 | | | | | | Unknown |
| 5 Aries Pest Control 2202 Grove Dr. Round Rock, TX 78681 | | | | | | Unknown |
| 6 Roofer-Quick Roofing 1834 Ferguson Ln, Suite 1400 Austin, TX 78754 | | | | | | Unknown |
| 7 Austin Energy 721 Barton Springs Austin, TX 78704 | | | | | | Unknown |
| 8 Hocutt Inc. 8360 Moberly Ln Dallas, TX 75227 | | | | | | Unknown |

Debtor    WC South Congress Square LLC
          Name                                                      Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Cupertino Builders, LLC 811 E. 11th St, Suite 206 Austin, TX 78702 | | | | | | Unknown |
| 10  Westlake Industries, LLC 11500 Metric Blvd, Suite 285 Austin, TX 78758 | | | | | | Unknown |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |