**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-11107-tmd** |
| **WC SOUTH CONGRESS SQUARE, LLC,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

### DEBTOR'S WITNESS AND EXHIBIT LIST

COMES NOW WC South Congress Square LLC (the "**Debtor**") and offers the below list of witnesses and exhibits for the hearing on the confirmation of the *Debtor's Second Amended Chapter 11 Plan of Reorganization* [Doc 79], and any amendments thereto scheduled for April 15, 2021 at 1:30 p.m. C.T.

### WITNESS LIST[1]

1.  Natin Paul (by sworn proffer);

2.  Jeffrey Worley (by sworn proffer);

3.  Stephanie Dubicki Hansz (by sworn proffer);

4.  All witnesses listed or called by any other;

5.  Any witness with knowledge of facts rebutting the testimony of any witness called by any other party.

### EXHIBIT LIST

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted |
|---|---|---|---|---|
| 1. | Sworn proffer of Natin Paul | | | |
| 2. | Sworn proffer of Jeffrey Worley | | | |

---

[1] The Debtor reserves all rights to supplement proffered sworn testimony, including (but not limited to) rebuttal testimony.

5601449.3 FJR 23069.20

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted |
|---|---|---|---|---|
| 3. | Sworn proffer of Stephanie Dubicki, with Ankura Appraisal Report (Ex. A) | | | |
| 4. | Debtor's Second Amended Plan of Reorganization [Docket No. 79] | | | |
| 5. | Debtor's Second Amended Disclosure Statement (with Exhibits) [Docket No. 80]. | | | |
| 6. | Certificate of Service [Docket No. 86] | | | |
| | Any Exhibit Listed or Offered by any Other Party | | | |
| | Any Rebuttal Exhibit | | | |

Additionally, the Debtor requests that this Court take judicial notice of any and all filings made and orders entered in this Bankruptcy Case.

5601449.3  FJR 23069.20

Dated: the 10th day of April, 2021.

Respectfully submitted,

FISHMAN JACKSON RONQUILLO PLLC

 /s/ Mark H. Ralston
Mark H. Ralston
State Bar No. 16489460
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 419-5544
Facsimile: (972) 419-5501
E-mail: mralston@fjrpllc.com

COUNSEL FOR DEBTOR
WC SOUTH CONGRESS SQUARE LLC

## CERTIFICATE OF SERVICE

This is to certify that the undersigned caused a true and correct copy of the foregoing document to be served on all persons receiving electronic notice of filings in this case through the ECF system, and by email on the persons listed below, on this, the 10th day of April, 2021.

Deborah Bynum
E-mail: deborah.a.bynum@usdoj.gov

Kell Mercer
E-mail: kell.mercer@mercer-law-pc.com

Kimberly A. Walsh
E-mail: bk-kwalsh@oag.texas.gov

Jason Starks
Jason.Starks@traviscountytx.gov

 /s/ Mark H. Ralston
Mark H. Ralston

5601449.3 FJR 23069.20