UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| WC South Congress Square, LLC | § | CASE NO. 20-11107-tmd |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |
| | § | |

# DECLARATION DATED DECEMBER 28, 2022 OF NATIN PAUL REGARDING NON-CONTROLLING EQUITY INTEREST HOLDERS IN DEBTOR AND THEIR EQUITY INTEREST HOLDERS

The following is made pursuant to 28 U.S.C. § 1746:

The following declaration is made in accordance with the *Second Amended Order Granting Trustee's Motion to Compel Debtor's Disclosure of Equity Interest Holder in World Class Holdings, LLC, as Sole Member of the Debtor* (Docket No. 546).

The common equity interest holder of WC South Congress Square, LLC is World Class Holdings VI, LLC.

The common equity interest holder of World Class Holdings VI, LLC is World Class Holdings, LLC.

The common equity interest holder(s) in World Class Holdings, LLC is World Class Holding Company, LLC.

The common equity interest holder in World Class Holding Company, LLC is Natin Paul.

I declare under the penalty of perjury that the foregoing is true and correct.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2022

_____
Natin Paul